**NOTE: CHANGES MADE BY COURT**

# JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEY FURCHI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SHERATON OPERATING CORPORATION, a Delaware corporation; and, DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-09526-FWS-MAA_<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION [32]** |

///

///

///

# ORDER

Having considered and reviewed the Parties' Stipulation for Dismissal off the Entire Action [32] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The entire above-captioned action, is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: April 20, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE